```
SUBT
BRET O. WHIPPLE, ESQ.
Bar No. 006168
ADAM L. GILL, ESQ.
Bar No. 11575
JUSTICE LAW CENTER
1100 S. Tenth Street
Las Vegas, Nevada 89104
(702) 731-0000
Fax (702) 974 4008
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRICIA BASCOM, ) <br> ) <br> Defendant. ) | Case No: 2:10-cr-284-RLH-PAL |

### SUBSTITUTION OF ATTORNEY

Defendant, PATRICIA BASCOM, substitutes BRET O. WHIPPLE, ESQ., and ADAM L. GILL, ESQ., of JUSTICE LAW CENTER, LLC., as attorney of record in the above-entitled matter in the place and stead of Michael V. Cristalli, Esq.

DATED: 6/21/11

_____
MICHAEL V. CRISTALLI, ESQ.

DATED: 6/21/11

_____
.BRET WHIPPLE, ESQ.

DATED: 6-21-2011

_____
DEFENDANT

1  I am duly admitted to practice in this District. I have been retained by the defendant for
2  representation in the above case.
3  Above substitution accepted.
4  
5      Dated the 21st of June, 2011.
6
7                                           /s/
8                                  Signature of New Attorney (Bret Whipple, Esq.)
9      APPROVED:
10
11  DATE:  July 7, 2011                    Roger L. Hunt
12                                         United States District Judge