# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    2:10-cr-284-RLH-PAL-4 |
| Plaintiff, | ) |
| vs. | )    **ORDER UNSEALING** |
| | )    **DOCKET ENTRIES, PROCEEDINGS,** |
| PATRICIA BASCOM, | )    **AND DOCUMENTS** |
| Defendant. | ) |

Based upon a stipulation between the parties and a Court order thereon, this matter, including all docket entries, all proceedings and any transcripts of those proceedings, and particular documents, was previously sealed.  The parties stipulated to the sealing because Ms. Bascom had signed a cooperation plea agreement and the government contemplated using Ms. Bascom for, among other things, covert law-enforcement operations.  The government has now concluded that Ms. Bascom will not be used as a cooperator in any matter.  Having heard the parties' arguments concerning sealing of this matter, and finding no basis in law or fact to maintain a blanket sealing order in this matter, it is, therefore,

ORDERED that all docket entries in the above-captioned matter shall be published to the public docket.  This shall include, without limitation, all docket entries initially filed under Case No. 10-cr-284 (which necessarily apply to Ms. Bascom) and Case No. 10-cr-284-4 (which were specifically filed as to Ms. Bascom);

IT IS FURTHER ORDERED that all proceedings in the above-captioned matter, as well as transcripts of all such proceedings, are HEREBY UNSEALED;

IT IS FURTHER ORDERED that, because the substance of hearings concerning Ms. Bascom's decision to have Mr. Cristalli appointed as her attorney is relevant to pending matters before this Court, and because Ms. Bascom and Mr. Cristalli's communications are no longer

privileged, hearings concerning Ms. Bascom's efforts to have Mr. Cristalli appointed, as well as transcripts of all such proceedings, are HEREBY UNSEALED;

IT IS FURTHER ORDERED that the following documents are HEREBY UNSEALED and shall be made available on the public docket:

- Ms. Bascom's plea agreement; and
- Ms. Bascom's "Motion to Withdraw Plea Bargain" (along with the affidavit filed in support of the motion);

IT IS FURTHER ORDERED that all filings that were initially filed unsealed shall remain UNSEALED;

IT IS FURTHER ORDERED that all other filings that were previously sealed shall remain SEALED until further order of this Court.

DATED this 11th day of January, 2012.


_____
UNITED STATES DISTRICT JUDGE

2