UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
|                  ) | |
|           Plaintiff,                   ) | Case No. 2:10-CR-284-RLH-PAL |
|                  ) | |
|           v.                           ) | |
|                  ) | |
| PATRICIA BASCOM,                       ) | |
|                  ) | |
|           Defendant.                   ) | |

**ORDER TO VACATE JUDGMENT
DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for October 24, 2014 at 9:00a.m. be granted.

DATED this day of ___October 17,___ 2014.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney